■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CECIL JAMES, Appellant. [20 NYS3d 540]—Appeal by the defendant from an order of the Supreme Court, Kings County (Sullivan, J.), dated April 11, 2013, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant contends that he was deprived of his due process rights when the Supreme Court failed to adjourn the hearing pursuant to the Sex Offender Registration Act (Correction Law art 6-C) in order for defense counsel to enforce a subpoena duces tecum served upon the New York State Office of Mental Health. Under the particular circumstances of this case, the defendant's contention is unpreserved for appellate

review (see CPL 470.05 [2]; *People v Sheppard*, 132 AD3d 964 [2015]). In any event, the defendant was not deprived of due process, nor the effective assistance of counsel (see Correction Law § 168-n; *Doe v Pataki*, 3 F Supp 2d 456, 470 [SD NY 1998]; *People v Sheppard*, 132 AD3d 964 [2015]).

Moreover, the defendant's application for a downward departure was properly denied (see *People v Gillotti*, 23 NY3d 841 [2014]; *People v Game*, 131 AD3d 460, 460-461 [2015]; *People v Wyatt*, 89 AD3d 112 [2011]). Mastro, J.P., Rivera, Leventhal and Duffy, JJ., concur.